UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORPHO KOMODO LLC, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | |
| | | No. 2:15-cv-01343-JRG-RSP |
| MORPHO DETECTION, INC.; MORPHOTRAK LLC; MORPHO USA, INC.; and SAFRAN USA, INC., | | |
| Defendants. | | |

**<u>NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER</u>**

In compliance with the Court's Sample Docket Control Order for patent cases, Defendants Morpho Detection, LLC, Morpho USA, Inc., and Safran USA, Inc. file this Notice of their letter to the Court requesting permission to file a motion for summary judgment of non-infringement. A copy of the letter is attached as Exhibit 1.

Dated: October 2, 2015                                        Respectfully submitted,

By: /s/ Richard L. Brophy
Richard L. Brophy – LEAD ATTORNEY
rbrophy@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)

and

T. John Ward, Jr.
State Bar No. 00794818
jw@wsfirm.com
Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
WARD, SMITH & HILL, PLLC
1127 Judson Rd., Ste. 220
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile

*Attorneys for Defendants Morpho Detection, LLC, MorphoTrak LLC, Morpho USA, Inc. and Safran USA, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on October 2, 2015, the foregoing was filed via the Court's CM/ECF filing system, to be served electronically on all counsel of record in this matter.

/s/ Richard L. Brophy