UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MORPHO KOMODO LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | No. 2:15-cv-01343-JRG-RSP |
| MORPHO DETECTION, INC.; | § | |
| MORPHOTRAK LLC; | § | |
| MORPHO USA, INC.; and | § | |
| SAFRAN USA, INC., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Sample Docket Control Order for patent cases, Defendants file this Notice of their letter to the Court requesting permission to file a motion for summary judgment of invalidity under 35 U.S.C. § 101. A copy of the letter is attached as Exhibit 1.

Dated: October 2, 2015                                Respectfully submitted,

                                                  By:/s/ Richard L. Brophy
Richard L. Brophy – LEAD ATTORNEY
rbrophy@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)

and

T. John Ward
State Bar No. 20848000
tjw@wsfirm.com
T. John Ward, Jr.
State Bar No. 00794818
jw@wsfirm.com
Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
WARD, SMITH & HILL, PLLC
1127 Judson Rd., Ste. 220
Longview, Texas 75601
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile

*Attorneys for Defendants Morpho Detection, LLC, MorphoTrak LLC, Morpho USA, Inc. and Safran USA, Inc.*

## CERTIFICATE OF SERVICE

     The undersigned certifies that on October 2, 2015, the foregoing was filed via the Court's CM/ECF filing system, to be served electronically on all counsel of record in this matter.


                                                  /s/ Richard L. Brophy